IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03385-LTB-KLM

BRETT ANDREW: HOUSE OF NELSON,

 Plaintiff,

v.

MICK COLE BUNN,

 Defendant.

---

## JUDGMENT

---

 Pursuant to and in accordance with the Order entered by Lewis T. Babcock,

Senior District Judge, on December 29, 2020, it is hereby

 ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

 DATED at Denver, Colorado, this 29 day of December, 2020.

     FOR THE COURT,

     JEFFREY P. COLWELL, Clerk


     By: s/ Román Villa,
      Deputy Clerk